

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2014

No. 04-12-00772-CV

W.H. **SUTTON**, Arctic Royalty Limited Partnership, Julie S. Mueller, Janet Lee Smith as Trustee of the Janet Lee Smith Family Trust, Anita Louise Davies as Trustee of the Anita Louise Davies Family Trust and Frederick Jackson Bell Jr., et al.,
Appellants

v.

**SM ENERGY COMPANY**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011CVQ001903 D3
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Patricia O. Alvarez, Justice

Appellants' second motion to extend time to file motion for rehearing is hereby GRANTED. Appellant's motion for rehearing is due on or before January 17, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court